LOUISA ESPOSITO, by ELSIE ESPOSITO, Her Guardian ad Litem, Respondent, and ANTHONY ESPOSITO, Plaintiff, v. B. TURECAMO CONTRACTING Co., Appel-

lant, and THE CITY OF NEW YORK, Defendant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.